# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2025

## NO. 03-25-00530-CV

**Karrie Key, Appellant**

**v.**

**Tiffany Condominium Owners Association, Inc., Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND CRUMP
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the interlocutory order signed by the trial court on June 23, 2025. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.